Kelly R. Kichline
Nevada State Bar No. 10642
**MGM RESORTS INTERNATIONAL**
6385 S. Rainbow Blvd., Suite 500
Las Vegas, Nevada 89118
Tel: (702) 692-5651
Fax: (702) 669-4501
Email:  kkichline@mgmresorts.com

*Attorney for Defendant*
*MGM Grand Hotel, LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| HASSEN KHAYATIA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MGM GRAND HOTEL, LLC dba MGM GRAND, a Nevada limited liability company.<br><br>Defendant. | Case No.: 2:20-cv-00677-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING IN RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that Defendant, MGM Grand Hotel, LLC dba MGM Grand Las Vegas ("Defendant"), may have additional time within which to submit Defendant's responsive pleading in response to Plaintiff's Complaint (ECF No. 1), which is currently due on August 11, 2020, for 30 days, up to and including September 10, 2020.

///

///

///

This is the first stipulation for an extension of time to file Defendant's responsive pleading. This Stipulation is made in good faith and not for purposes of improper delay.

DATED this 6th day of August, 2020.

LIZADA LAW FIRM

/s/Angela L. Lizada
Angela J. Lizada.
Nevada Bar No.: 11637
711 S. 9th Street
Las Vegas, NV 89101
Attorneys for Plaintiff

DATED this 6th day of August, 2020.

MGM RESORTS INTERNATIONAL

/s/Kelly R. Kichline
Kelly R. Kichline, Esq.
Nevada Bar No.: 10642
6385 S. Rainbow Boulevard, Suite 500
Las Vegas, NV 89119
Attorney for Defendant

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 10, 2020

2.