ANGELA J. LIZADA, ESQ.
Nevada Bar No. 11637
LIZADA LAW FIRM, LTD.
711 S. 9th St.
Las Vegas, NV 89101
Phone: (702) 979-4676
Fax: (702) 979-4121
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| HASSEN KHAYATIA,<br><br>           Plaintiff,<br><br>v.<br><br>MGM GRAND HOTEL, LLC, dba MGM GRAND, a Nevada limited liability company,<br><br>           Defendant. | Case No: 2:20-cv-677JAD-DJA<br><br>**STIULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and between Plaintiff HASSEN KHAYATIA and Defendant MGM GRAND HOTEL, LLC dba MGM GRAND by and through their respective counsel that the Early Neutral Evaluation currently scheduled for September 29, 2020 at 10:00 a.m. before the Honorable Cam Ferenbach be VACATED due to a family health issue of Plaintiff's Counsel.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

IT IS FURTHER STIPULATED that the parties agree for the ENE to be reset at a mutually available date. The parties propose the following alternative dates for the ENE: October 29, 2020, November 3, 2020, November 11, 2020, November 16, 2020, and November 19, 2020.

DATED this 21st day of September, 2020.

| | |
|---|---|
| LIZADA LAW FIRM, LTD. | MGM RESORTS INTERNATIONAL |
| */s/ Angela J. Lizada* | */s/ Kelly R. Kichline* |
| ANGELA J. LIZADA, ESQ. | Kelly R. Kichline, Esq. |
| Nevada Bar No. 11637 | Nevada Bar No. 10642 |
| 711 S. 9th St. | 6385 S. Rainbow Blvd., Ste. 500 |
| Las Vegas, NV 89101 | Las Vegas, NV 89119 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED.

DATED: 9-22-2020

_____
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that the Early Neutral Evaluation session scheduled for September 29, 2020, is RESCHEDULED to 10:00 AM, October 29, 2020. The confidential statement is due by 4:00 PM, October 22, 2020. All else as stated in the Order (ECF No. 8) setting the ENE remains unchanged.

Respectfully Submitted By:

LIZADA LAW FIRM, LTD.
/s/ Angela J. Lizada
ANGELA J. LIZADA, ESQ.
Nevada Bar No. 11637
711 S. 9th St.
Las Vegas, NV 89101
Angela@lizadalaw.com