ANGELA J. LIZADA, ESQ.
Nevada Bar No. 11637
LIZADA LAW FIRM, LTD.
711 S. 9th St.
Las Vegas, NV 89101
Phone: (702) 979-4676
Fax: (702) 979-4121
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA**

| | |
|---|---|
| HASSEN KHAYATIA,<br><br>Plaintiff,<br><br>v.<br><br>MGM GRAND HOTEL, LLC, dba MGM GRAND, a Nevada limited liability company,<br><br>Defendant. | Case No: 2:20-cv-677JAD-DJA<br><br>**STIULATION AND ORDER TO EXTEND TIME FOR**<br><br>**(First Request)**<br><br>ECF No. 13 |

IT IS HEREBY STIPULATED by and between Plaintiff HASSEN KHAYATIA and Defendant MGM GRAND HOTEL, LLC dba MGM GRAND by and through their respective counsel that Plaintiff HASSEN KHAYATIA may have additional time within which to submit Plaintiff's response to Defendant's Motion to Dismiss [ECF No. 11], which is currently due on September 24, 2020, for up to eleven (11) days, up to and including October 5, 2020.

///

///

///

///

///

///

///

1

This is the first stipulation for an extension of time to file Plaintiff's Response to Defendant's Motion to Dismiss. This Stipulation is made in good faith and not for the purposes of improper delay.

DATED this 22nd day of September, 2020.

| | |
|---|---|
| LIZADA LAW FIRM, LTD. | MGM RESORTS INTERNATIONAL |
| */s/ Angela J. Lizada* <br> ANGELA J. LIZADA, ESQ. <br> Nevada Bar No. 11637 <br> 711 S. 9th St. <br> Las Vegas, NV 89101 <br> *Attorney for Plaintiff* | */s/ Kelly R. Kichline* <br> Kelly R. Kichline, Esq. <br> Nevada Bar No. 10642 <br> 6385 S. Rainbow Blvd., Ste. 500 <br> Las Vegas, NV 89119 <br> *Attorney for Defendant* |

## **ORDER**

IT IS SO ORDERED.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 22, 2020

Respectfully Submitted By:

LIZADA LAW FIRM, LTD.
/s/ Angela J. Lizada
ANGELA J. LIZADA, ESQ.
Nevada Bar No. 11637
711 S. 9th St.
Las Vegas, NV 89101
Angela@lizadalaw.com