|   |   |
|---|---|
| 1 | Kelly R. Kichline |
| 2 | Nevada State Bar No. 10642 |
|   | **MGM RESORTS INTERNATIONAL** |
| 3 | 6385 S. Rainbow Blvd., Suite 500 |
|   | Las Vegas, Nevada 89118 |
| 4 | Tel: (702) 692-5651 |
|   | Fax: (702) 669-4501 |
| 5 | Email:  kkichline@mgmresorts.com |
| 6 | *Attorney for Defendant* |
|   | *MGM Grand Hotel, LLC* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HASSEN KHAYATIA, an individual, | Case No.: 2:20-cv-00677-JAD-DJA |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |
| MGM GRAND HOTEL, LLC dba MGM GRAND, a Nevada limited liability company. | **(First Request)** |
| Defendant. | ECF No. 17 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that Defendant, MGM Grand Hotel, LLC dba MGM Grand Las Vegas ("Defendant"), may have additional time within which to submit its reply in support of Defendant's Motion to Dismiss Plaintiff's Complaint (ECF No. 11), which is currently due on October 12, 2020, for nine (9) days, up to and including October 21, 2020 (*see* Docket Text for ECF No. 16).

///

///

///

This is the first stipulation for an extension of time to file Defendant's reply in support of Defendant's Motion to Dismiss Plaintiff's Complaint. This Stipulation is made in good faith and not for purposes of improper delay.

| | |
|---|---|
| DATED this 8th day of October, 2020. | DATED this 8th day of October, 2020. |
| LIZADA LAW FIRM | MGM RESORTS INTERNATIONAL |
| */s/Angela J. Lizada*<br>Angela J. Lizada, Esq.<br>Nevada Bar No.: 11637<br>711 S. 9th Street<br>Las Vegas, NV 89101<br>Attorneys for Plaintiff | */s/Kelly R. Kichline*<br>Kelly R. Kichline, Esq.<br>Nevada Bar No.: 10642<br>6385 S. Rainbow Boulevard, Suite 500<br>Las Vegas, NV 89119<br>Attorney for Defendant |

**ORDER**

IT IS SO ORDERED:

_____
U.S. District Judge Jennifer A. Dorsey
Dated: October 12, 2020

2.