1  Kelly R. Kichline
   Nevada State Bar No. 10642
2  **MGM RESORTS INTERNATIONAL**
   6385 S. Rainbow Blvd., Suite 500
3  Las Vegas, Nevada 89118
   Tel: (702) 692-5651
4  Fax: (702) 669-4501
   Email:  kkichline@mgmresorts.com
5
   *Attorney for Defendant*
6  *MGM Grand Hotel, LLC*

7
                           **UNITED STATES DISTRICT COURT**
8
                               **DISTRICT OF NEVADA**
9

10  HASSEN KHAYATIA, an individual,         Case No.: 2:20-cv-00677-JAD-DJA

11                  Plaintiff,

12  vs.                                       **STIPULATION AND ORDER FOR**
                                           **DISMISSAL WITH PREJUDICE**
13  MGM GRAND HOTEL, LLC dba MGM
   GRAND, a Nevada limited liability company.
14                                             ECF Nos. 11, 21]

15                  Defendant.

16
        IT IS HEREBY STIPULATED, by and between the parties herein, through their respective
17
   counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims and
18
   all parties herein are hereby dismissed with prejudice.
19
20  ///

21  ///

22  ///

23

24

25

26

27

28

Each party will bear his or its own costs.  All parties appearing have signed this stipulation, and there are no remaining claims or parties.

| | |
|---|---|
| DATED this 28th day of November, 2020. | DATED this 28th day of November, 2020. |
| LIZADA LAW FIRM | MGM RESORTS INTERNATIONAL |
| /s/Angela J. Lizada | /s/Kelly R. Kichline |
| Angela J. Lizada, Esq. | Kelly R. Kichline, Esq. |
| Nevada Bar No.: 11637 | Nevada Bar No.: 10642 |
| 711 S. 9th Street | 6385 S. Rainbow Boulevard, Suite 500 |
| Las Vegas, NV 89101 | Las Vegas, NV 89119 |
| Attorney for Plaintiff | Attorney for Defendant |

**ORDER**

Based on the parties' stipulation **[ECF No. 21]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  All pending motions **[ECF No. 11]** are DENIED as moot.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 30, 2020

2.